FILED: April 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-7776
(1:12-cv-01085-CCB)
_____

ROYAL DIAMOND DOWNS

    Petitioner - Appellant

v.

STATE OF MARYLAND; PERRY PHELPS, Warden; ATTORNEY GENERAL OF MARYLAND

    Respondents - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered March 22, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*